MINUTE ENTRY
FELDMAN, J.
December 13, 2018

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEAL MORRIS | * | CIVIL ACTION |
| VERSUS | * | NO. 18-2624 |
| CITY OF NEW ORLEANS | * | SECTION "F" |

A status conference was held on December 13, 2018., 2014.

Present:
Mary Katherine Kaufman, Esquire       Corwin St. Raymond, Esquire
Ronald Wilson, Esquire                Katie Schwartzmann, Esquire
Bruce Hamilton, Esquire               Mr. Neal Morris

Upon request of the City of New Orleans, the Court conducted a status conference on December 13, 2018 to discuss an amicable resolution of this matter. Considering the time constraints the City faces in revising provisions of the Comprehensive Zoning Ordinance regarding murals, the Court is convinced that a brief delay is warranted to give the City an opportunity to remedy issues it faces in this lawsuit.

Accordingly, IT IS ORDERED: that the pre-trial and trial schedule of this matter is hereby continued, to be reset during a telephone scheduling conference on Friday, December 14, 2018 at 10:00 a.m.

IT IS FURTHER ORDERED: that the City is admonished to act as efficiently and as quickly as possible, given its time constraints in amending city laws, in presenting a new Ordinance which the City feels addresses the issues in this case.

IT IS FURTHER ORDERED: that the motion to stay filed by the City is hereby DENIED as moot.



JS10: 30 min.