MINUTE ENTRY
FELDMAN, J.
JULY 8, 2019

JS-10: 0:47

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEAL MORRIS | CIVIL ACTION |
| VERSUS | NO. 18-2624 |
| NEW ORLEANS CITY | SECTION "F"(2) |

## MOTION HEARING

CASE MANAGER: Cherie Stouder
COURT REPORTER: Toni Tusa
LAW CLERK: Samantha Oppenheim

APPEARANCES:    Bruce W. Hamilton, Katharine Schwartzmann and Ronald Wilson, Counsel for Plaintiff
Corwin St. Raymond and Donesia Turner, Counsel for Defendant

Court begins at 2:00 p.m.

Counsel appear for the record.

Plaintiff's Motion for Summary Judgment (Doc. 82) was argued by counsel and taken under submission by the Court.

Court adjourned at 2:47 p.m.