# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEAL MORRIS** | * | **CIVIL ACTION** |
| | * | **NO. 2:18-cv-02624** |
| Petitioner | * | |
| v. | * | **JUDGE FELDMAN** |
| | * | **(Sect. F)** |
| **THE CITY OF NEW ORLEANS** | * | |
| | * | **MAGISTRATE WILKINSON** |
| Defendant | * | **(Div. 2)** |

## ORDER

Considering the foregoing Unopposed Motion to Continue Submission Date;

**IT IS ORDERED** that the submission date set for Wednesday, August 14, 2019 at 10:00 a.m. is reset to August 21, 2019.

New Orleans, Louisiana, this ___9th___ day of August, 2019.

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**